UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

#192671
3-2-11
RE

| IN RE: | UNCLAIMED DIVIDENDS FOR DEPOSIT TO REGISTRY FUND |
|---|---|
| RICHARD H ROSENBOOM | |
| Debtor(s) | CASE NO. BKY 05-45081 RJK |

Jasmine Z. Keller, Chapter 13 Trustee, reports that distributions to QuickPay Day in the amount of $400.00, were unclaimed.

CREDITOR:
QuickPay Day
PMB 327
41 East 400 N
Logan, UT 84321-4020

CLAIM NUMBER:
1

AMOUNT:
$400.00

ACCOUNT NUMBER:
9529492568

**Jasmine Z. Keller, Trustee**

Dated: March 1, 2011

/s/ Jasmine Z. Keller/jj
Jasmine Z. Keller, Trustee

RECEIVED 11 MAR -2 AM 9:17 U.S. BANKRUPTCY COURT MINNEAPOLIS, MN

**DISTRIBUTION:**
Original and one copy to Clerk of Court
One copy to United States Trustee